# **EXHIBIT O**

Page 1

1         UNITED STATES DISTRICT COURT

2          FOR THE DISTRICT OF COLUMBIA

3

4    - - - - - - - - - - - - - - - -x

5    AYDER KURTIEV,                  :

6        Plaintiff,                  :    Civil Action Number

7        vs.                         :    1:15-cv-1839

8    JEFFREY SHELL,                  :

9    Chair, Broadcasting Board       :

10   of Governors,                   :

11       Defendant.                  :

12   - - - - - - - - - - - - - - - -x

13

14            DEPOSITION OF KARINE ROUSHANIAN

15

16

17             Arlington, Virginia

18             Monday, September 11, 2017

19

20   REPORTED BY:

21   DONALD R. THACKER

22

Page 2

1    Deposition of Karine Roushanian, called for

2  examination pursuant to notice of deposition, on

3  Monday, September 11, 2017, in Arlington, Virginia,

4  at the Law offices of McInroy & Rigby, LLP, 2200

5  Clarendon Boulevard, Suite 1201, at 2:00 p.m.,

6  before DONALD R. THACKER, Notary Public within and

7  for the District of Columbia, when were present on

8  behalf of the respective parties:

9

10         JOHN J. RIGBY, ESQ.

11         McInroy & Rigby, LLP

12         2200 Clarendon Boulevard, Suite 1201

13         Arlington, Virginia 22201

14         703-841-1100

15         JRIGBY@MCINROYRIGBY.COM

16         On behalf of Plaintiff

17

18

19

20

21

22              - continued -

Karine Roushanian                                           September 11, 2017
Ayder Kurtiev v. Jeffrey Shell, Chair, Broadcasting Board of Governors

Page 3

1   APPEARANCES:  (Continued)

2

3            BRIAN J. FIELD, ESQ.

4            US Attorney's Office

5            555 Fourth Street, Northwest

6            Washington, DC 20530

7            202-252-2551  Fax:  202-252-2599

8            brian.field@usdoj.gov

9            On behalf of Defendant

10

11           PATRICIA ARMSTRONG HARGRAVE, ESQ.

12           Assistant General Counsel

13           BBG

14           330 Independence Avenue, Southwest

15           Room 3349

16           Washington, DC 20237

17           On behalf of Defendant BBG

18

19           Also Present:

20           AYDER KURTIEV, Plaintiff

21

22

Page 4

1                P R O C E E D I N G S

2    Whereupon,

3                   KARINE ROUSHANIAN

4    was called as a witness and, having first been duly

5    sworn, was examined and testified as follows:

6                      EXAMINATION

7            BY MR. RIGBY:

8        Q   State your name for the record, please.

9        A   My name is Karine Roushanian.

10       Q   Tell me just very briefly your education.

11       A   I was born in Soviet Union, and I went to

12   a school, a secondary school for ten years which has

13   Russian and English additional language, and it was

14   a special school.

15           And after that my background is in Iranian

16   studies, Iranian linguistics and literature.

17           After that I went to Aspiren Dura, which

18   is an advanced degree in Soviet Union, again in

19   Iranian studies and comparative linguistics.

20       Q   And what part of the Soviet Union are you

21   from?

22       A   I am from Armenia.

Page 26

1  couple of minutes she started talking, she said, you
2  wouldn't believe what happened.
3      Q    Let me give you a document you tell me if
4  it's accurate, tell me about it.
5      A    If you want the whole conversation I can
6  tell you, if you are asking about the whole
7  conversation.
8      Q    Sure, if you want to give that to me now,
9  I was going to give you a document to remind you.
10     A    No, I remember, I remember.  I wasn't sure
11 which detail you need from me.  So she said, she
12 started with, you won't believe what just happened,
13 and she said that it was the change of shift,
14 morning shift into evening shift, and she went to
15 Mr. Kurtiev's office and Yulia Appel was already
16 there because she was at the end of her shift, so in
17 the Service we had that kind of transition.
18          So Anna Terterian was the next editor for
19 the evening shift, so they were discussing how to,
20 what to transfer from morning shift into evening
21 shift, what is done, what is not done, or if there
22 are things to be done differently, or in a special

Karine Roushanian                                                September 11, 2017
Ayder Kurtiev v. Jeffrey Shell, Chair, Broadcasting Board of Governors

Page 27

1  way, there is a special breaking news, or something,

2  and specifically then that was all discussed in

3  Mr. Kurtiev's office, and he gave direction.

4     Q    And as an aside, what languages do you

5  speak?

6     A    I speak Armenian, Russian, English and

7  Persian.

8     Q    And what languages, if you know, does

9  Ms. Terterian speak?

10    A    Russian, English, and I don't know if she

11 speaks another language.

12    Q    Where is she from, if you know?

13    A    I don't know the specifics, I think she is

14 from former Soviet Union, but her family has I think

15 traveled, so she was born in one place and then the

16 education I think was different place, so I may be

17 wrong if I tell you, it won't be accurate.

18    Q    Is there anything more that you remember

19 about that phone conversation?

20    A    Yes, of course.

21    Q    Go ahead, continue.

22    A    So when that, in that, so she told me that

Page 28

1  she went in and Yulia Appel was already there
2  talking about how to deal with the news that day,
3  and it was the time that Mr. Kurtiev had to give the
4  directions, so the two editors were there to listen
5  to his guidance.
6         So they asked if -- we have specific names
7  for news, we have CR and CN.  CR is
8  correspondent-recorded, the longer format news, and
9  CN, which is a shorter format news.  So it was, the
10 conversation was about the proportion of which news
11 to do more, is it CN or CR.
12        So during that conversation so the editors
13 asked, so should we do more of short news, CN or CR,
14 and then Mr. Kurtiev has used some language, and,
15 so, did I describe everything?
16    Q    Just to make sure I understand.  So he
17 used the bad language as they were having this
18 discussion about CN and CR?
19    A    Right.
20    Q    And what did he say, please continue?
21    A    So they said do we use more of CN rather
22 than CR, and Mr. Kurtiev said, if you do so the next

Page 29

1  day they, meaning division, will have you in

2  different poses, and also showed this on the chair.

3      Q   Did she tell you that, was he speaking in

4  Russian or English when he said this?

5      A   In Russian.

6      Q   She told you that or did you assume that?

7      A   The whole conversation was in Russian, so

8  I wouldn't assume.  If it were in English she would

9  mention that that part was in English.  So, I don't

10 think that it is in English.

11     Q   That phrase, was that a phrase you had

12 ever heard Ms. Terterian use?

13     A   No.

14     Q   Had you ever heard it used in the Russian

15 Service before?

16     A   No.

17     Q   Is it a phrase that is used regularly

18 among Russian speakers these days?

19     A   I don't understand the question.

20     Q   Sure.  The phrase that Mr. Kurtiev

21 allegedly said, is it a phrase that Russian speakers

22 use regularly?

Page 30

1   A   Let me answer as I understand you want my
2 honest, as I understand I then can answer. The bad
3 words that are used, is that what you mean or -- it
4 is not used in normal conversation, it's not used in
5 the office, so did I answer your question?
6   Q   Sure, I think you have said you have never
7 heard it used at the Russian Service yourself;
8 correct?
9   A   In the Service?
10  Q   Yes.
11  A   No.
12  Q   Well, I will ask you a question before I
13 give you this. Did you do anything after talking to
14 Ms. Terterian on the phone?
15  A   No, I was thinking about that
16 conversation, I felt very bad for her.
17  Q   Did you take any notes at the time?
18  A   No.
19  Q   Did you tell anyone about the
20 conversation?
21  A   That day, no.
22  Q   Did you tell anyone from the conversation

Page 31

1  the next day?

2      A    Yes.

3      Q    And who did you tell?

4      A    I went to work in the morning, and I felt

5  it's very wrong, and I felt very bad and strong.  So

6  I went to Elez Biberaj as the head of the division.

7  I said there is something I want to tell you and it

8  is very awkward, but I have to tell you this.  So I

9  sat in his office.

10     Q    And did he then -- what did you tell him?

11     A    Exactly as I told you.

12     Q    Did he tell you to put something in

13 writing?

14     A    I said should I just leave it like that,

15 should I talk to HR, or should I write?  And he said

16 as you want, and I said okay, probably I should

17 write this, if I recall correctly, because we had a

18 conversation and then the writing.

19          (Roushanian Exhibit 2 identified.)

20          BY MR. RIGBY:

21     Q    Giving you Exhibit 2, is this the e-mail

22 you sent to Mr. Biberaj?

Page 32

1      A    Yes.

2      Q    And is the translation correct at the

3  bottom where you say, If you do so, the next day

4  when you come in they will have you in different

5  poses?

6      A    Uh-huh.

7           (Roushanian Exhibit 3 identified.)

8           BY MR. RIGBY:

9      Q    This document that is Exhibit 3, what

10 caused you to send this e-mail?

11     A    I thought something is very wrong.

12     Q    I'm sorry, the e-mail I just gave you.

13     A    Oh, this one?  I was asked what -- how --

14 because the HR, we had HR people, they asked,

15 English speakers, were asking what does that mean,

16 so they asked for the translation.

17     Q    And is this translation correct where you

18 say, they will have you in different positions?

19     A    Yes, it's called those positions, I don't

20 see that much difference.

21     Q    Is it correct that the word, I'm saying it

22 very explicitly on the record, fuck is not in this